IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Case No. DNCW3:08CR163 |
| | ) | (Financial Litigation Unit) |
| ANTHONY R. PORTER | ) | |

## ORDER

Upon consideration of the United States' motion for an order that funds held by the Federal Bureau of Investigation be applied to restitution in this case,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation shall convey the $3,300.00, along with the estimated $11.87 in converted funds, FBI case number 318A-CE-93022, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, to be applied to the restitution imposed by the criminal judgment in this matter.

_____
Frank D. Whitney
Chief United States District Judge